**Order entered December 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00006-CR
No. 05-15-00007-CR
No. 05-15-00008-CR
No. 05-15-00009-CR

**GARY WAYNE BARNES SR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F80-16530-J, F81-01027-J, F81-01105-J, F81-02518-J**

## ORDER

On November 20, 2015, this Court ordered the Dallas County District Clerk to file supplemental clerk's records in each case containing  (1) appellant's original motion for post-conviction DNA testing; (2) the State's response to appellant's motion; and (3) the trial court's order ruling on appellant's motion for post-conviction DNA testing.  In cause nos. 05-15-00006-CR, we received supplemental clerk's records that contained the State's July 10, 2015 second motion to extend time to respond to the motion for post-conviction DNA testing, the State's response to appellant's motion, and the order appointing counsel.  In cause nos. 05-15-00007-CR, and 05-15-00008-CR, we received supplemental clerk's records containing  the State's July

10, 2015 second motion to extend time to respond to the motion for post-conviction DNA testing, the State's response to appellant's motion, the order appointing counsel, and the trial court's order November 11, 2015 order granting post-conviction DNA testing. None of these supplemental records contain appellant's original motion for post-conviction DNA testing. In cause no. 05-15-00009-CR, we received a letter from the Dallas County District Clerk stating that none of the documents identified in the order were found "OnBase."

Accordingly, pursuant to Texas Rule of Appellate Procedure 34.5(e), we **ORDER** the trial court to make findings regarding the following.

- As to all cause numbers, whether appellant's original motion for post-conviction DNA can be located by the Dallas County District Clerk.

- If appellant's motion cannot be located, whether the parties can agree on a substituted copy of appellant's original motion for post-conviction DNA testing.

- If the parties cannot agree on a substituted copy, the trial court shall determine what constitutes an accurate copy of appellant's original motion for post-conviction DNA testing.

- As to all cause numbers, the trial court shall determine what constitutes an accurate copy of the December 11, 2014 order.

- As to cause nos. 05-15-00007-CR (F81-01027-J) and 05-15-00008-CR (trial court no. F81-01105-J), whether appellant's motion for post-conviction DNA testing has been finally disposed of following the trial court's November 11, 2015 order granting the motion as to those cases.

We **ORDER** the trial court to transmit supplemental records containing its written findings, any supporting documentation, and any orders to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Gracie Lewis, Presiding Judge, Criminal District Court No. 3; Felicia Pitre, Dallas County District Clerk; and to counsel for all parties.

We **ABATE** the appeals to allow the trial court to comply with this order. The appeals shall be reinstated thirty days from the date of this order or when the findings are received.


/s/     ADA BROWN
        JUSTICE